UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

LEO JOHN YALLUP,

                    Defendant.

CASE NO. MJ23-118

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant appeared after being arrested on a warrant issued by the Eastern District of Washington for alleged violations of supervised release.  The Probation Office alleges Defendant has violated conditions of supervision by using controlled substances and alcohol, and that he absconded supervision in August 2022. Defendant is thus a flight risk and should be detained. Defendant did not contest detention.

It is therefore **ORDERED**:

DETENTION ORDER - 1

1          (1)      Defendant shall be detained pending trial and committed to the custody of the

2     Attorney General for confinement in a correctional facility separate, to the extent practicable,

3     from persons awaiting or serving sentences, or being held in custody pending appeal;

4          (2)      Defendant shall be afforded reasonable opportunity for private consultation with

5     counsel;

6          (3)      On order of a court of the United States or on request of an attorney for the

7     Government, the person in charge of the correctional facility in which Defendant is confined

8     shall deliver the defendant to a United States Marshal for the purpose of an appearance in

9     connection with a court proceeding; and

10         (4)      The Clerk shall provide copies of this order to all counsel, the United States

11    Marshal, and to the United States Probation and Pretrial Services Officer.

12         DATED this 13th day of March, 2023.

13

14    _____
      BRIAN A. TSUCHIDA
      United States Magistrate Judge

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2